IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-478-CV





TRAVIS CENTRAL APPRAISAL DISTRICT AND TRAVIS CENTRAL 


APPRAISAL REVIEW BOARD,



 APPELLANTS


vs.





AUSTIN CABLEVISION, A DIVISION OF AMERICAN TELEVISION


AND COMMUNICATIONS CORPORATION,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT



NO. 461,449, HONORABLE JERRY A. DELLANA, JUDGE PRESIDING



 




PER CURIAM



 The parties have filed an agreed motion to dismiss this appeal. The motion is
granted. Tex. R. App. P. 59(a).

 The appeal is dismissed.


Before Justices Powers, Jones and Kidd

Dismissed on Joint Motion

Filed: September 22, 1993

Do Not Publish